Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:         (619) 233-7770
Office Fax Number:    (619) 297-1022

Attorneys for Jessica Muir

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Muir<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Credit Adjusters, LLC<br><br>　　　　Defendant. | **Case No: 3:16-cv-03049-JLS-BGS**<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>**DATE:** March 15, 2018<br>**TIME**: 1:30 PM<br>**COURTROOM**: 4D<br>**JUDGE:** Hon. Janis L. Sammartino |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

As provided by Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff, JESSICA MUIR ("Plaintiff"), will and herein does move this Honorable Court for default judgment to be entered against defendant, NATIONAL CREDIT ADJUSTERS, LLC ("Defendant"), for failure to plead or otherwise appear in this action in a timely manner, on **March 15, 2018 at 1:30 p.m. in Courtroom 4D,** Southern District of California, located at **221 W. Broadway, San Diego CA 92101**.

Now that default has been entered (Dkt. No. 5), Plaintiff is herein moving this Court for judgment in the amount of $6,243.96, for Defendant's unfair collection practices in violation of the Fair Debt Collection Practices, 15 U.S.C. § 1692 *et seq,* the Electronic Funds Transfer Act, 15 U.S.C. § 1693 *et seq,,* and the Rosenthal Act, Cal. Civ. Code § 1788 *et seq.*

This motion will be based on the this Notice, the Court's file, all pleadings currently on file, the supporting memorandum of points and authorities, and all supporting declarations attached as exhibits hereto.

**Hyde & Swigart, APC**

By: /s/ Yana A. Hart
Yana A. Hart