Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

Attorneys for Jessica Muir

HYDE & SWIGART
Consumer Protection Attorneys

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Muir<br><br>Plaintiff,<br>v.<br><br>National Credit Adjusters, LLC<br><br>Defendant. | **Case No: 3:16-cv-03049-JLS-BGS**<br><br>**DECLARATION OF YANA A. HART IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES AND COSTS**<br><br>**NO ORAL ARGUMENT UNLESS REQUEST BY THE COURT**<br><br>**Hon. Janis L. Sammartino** |

**DECLARATION OF YANA A. HART**

I, Yana A. Hart, declare:

1. I am one of the attorneys for Plaintiff Jessica Muir ("Plaintiff") in this action.
2. I submit this declaration in support of the Motion for Attorney's Fees; and, Costs against Defendant National Credit Adjusters, LLC ("Defendant").
3. I am licensed to practice law before all California Federal Courts; and, all California State Courts.
4. If called as a witness, I would competently testify to the matters herein from personal knowledge.
5. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

**HOURS INCURRED AND LITIGATION COSTS**

6. My hourly rate is $295.00. I believe that my experience, years in practice, and market rates in the legal community are sufficient to justify my hourly billing rate in this case of $295 per hour.
7. Hyde & Swigart has maintained contemporaneous time records since the commencement of this action. To date, I have incurred 3.5[1] hours of attorney time for this case, with a total lodestar of $1,032.50.
8. This figure consists of the time spent on preparation and drafting of the request for entry of default together with (.5), a complete review of the case files (.5), multiple attempts to reach the opposing counsel (.2),[2] research of Defendant's contact information to ensure that the service was proper (.1),

---

[1] The hours requested exclude any time spent in supervision of staff in filing documents, correspondences and discussions between counsel of record, and completing administrative tasks.

[2] In October of 2016, Defendant's counsel finally corresponded with Plaintiff's Counsel. However, the brief communication ceased and Plaintiff's subsequent attempts to reach Defendant went unsuccessful.

HYDE & SWIGART Consumer Protection Attorneys

and research, preparation, and drafting of Plaintiff's Motion[3] for Default Judgment (2.5).

9. Prior to filing Plaintiff's filing of the instant Motion for Default Judgment, Plaintiff's Counsel repeatedly attempted to reach the Defendant and resolve the matter.

10. All attorneys and staff at Hyde & Swigart are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters. The regular practice at Hyde & Swigart is for all attorneys and staff to keep contemporaneous time records, maintained on a daily basis, and describing tasks performed in 0.1-hour increments. Firm policy requires all staff to enter their time into an electronic timekeeping system on a daily basis. Mr. Swigart reviews and audits the time on a regular basis.

11. Hyde & Swigart maintains all books and records regarding costs expended on each case in the ordinary course of business. I have reviewed the records of costs expended in this matter.

12. Hyde & Swigart has incurred $501.46 in expenses related to the present action. (*See* **Exhibit A**).

13. The costs consist of filing fee in the amount of $400.00, service costs in the amount of $100.00, and postage costs for correspondences to Defendant in the amount of $1.46.

## COUNSEL'S EXPERIENCE

14. I was admitted to the State Bar of California in 2015 and the State Bar of the District of Columbia in 2017 and have been a member in good standing ever since that time.

---

[3] This hours spent on research and drafting of Plaintiff's Motion for Default Judgment have been reduced by 1.8.

HYDE & SWIGART Consumer Protection Attorneys

15. I have litigated cases in state and federal courts in California, and the Northern District of Illinois (as a pro hac vice).

16. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California.

17. I am also admitted to the Ninth Circuit.

18. I have also undergone training in the area of the consumer law, including a two-day National Association of Consumer Advocates training on Fair Debt Collection Practices in New Orleans, L.A. in 2017, a Seminar by the Rossdale Group in February of 2017 in consumer litigation, and Webinar Series on consumer litigation issues by National Association of Consumer Advocates in May of 2017.

19. Furthermore, in 2016, I volunteered on weekly basis at the San Diego Small Claims Legal Advisory, providing self-representing individuals with legal advice on issues in various legal areas, including consumer law.

20. In 2016, I provided legal assistance on weekly basis at the El Cajon Legal Clinic in areas of consumer law and immigration.

21. In 2016, I occasionally participated and assisted self-represented individuals at the California Appellate Self-Help Workshop.

22. In 2017, I took a number of depositions, prepared for three bench trials, successfully defended against Defendant's demurrers in consumer state cases, at least one motion to dismiss,[4] and a motion for summary judgement.

23. Further, in 2017, I won on a number of motions in consumer cases, including but not limited to a motion to exempt funds, a motion for minor's compromise before this Court, and a motion to stay proceeding under the Servicemembers Civil Relief Act.

---

[4] Although I filed multiple oppositions to a number of motions to dismiss, the results of the motions are still pending.

HYDE & SWIGART Consumer Protection Attorneys

24. I also a member in good standing of the following local and national associations:

a. National Association of Consumer Advocates;

b. American Association for Justice; and

c. San Diego County Bar Association.

25. A significant focus of Hyde & Swigart's practice concerns consumer rights litigation in general, including Fair Debt Collection Practices Act ("FDCPA"), Electronic Fund Transfer Act ("EFTA"), and ("Rosenthal Act").

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2018, pursuant to the laws of the United States and the State of California at San Diego, California.

**Hyde & Swigart, APC**

By:/s/ Yana A. Hart
Yana A. Hart

HYDE & SWIGART
Consumer Protection Attorneys