# EXHIBIT A

*Muir v. National Credit Adjusters, 3:16-cv-03049-JLS-BGS - Billing*

| Cost or Expense Description | Count | Cost | Charge |
|---|---|---|---|
| **Hyde & Swigart** | | | |
| **Cost and Expenses Incurred on 12/16/16** | | | |
| Envelope | 1 | $0.20 | $0.20 |
| Postage | 1 | $0.47 | $0.47 |
| Federal Filing Fee | 1 | $400.00 | $400.00 |
| **Cost and Expenses Incurred on 3/24/17** | | | |
| SWLS Inv # 10929 | 1 | $100.00 | $100.00 |
| **Cost and Expenses Incurred on 4/26/17** | | | |
| accessed pacer - docket | 1 | $0.10 | $0.10 |
| **Cost and Expenses Incurred on 5/4/17** | | | |
| Envelope | 1 | $0.69 | $0.69 |

Total Expenses: $501.46